| AO-10 Rev. 1/2002 | AMENDED FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2002 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Cooke, Marcia G | 2. Court or Organization Southern District of Floirda | 3. Date of Report December 1, 2003 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Court Judge | 5. Report Type (check ___ Nomination, X Date November 25, 2003 | 6. Reporting Period January 2002-November 2003 |
| 7. Chambers or Office Address 111 NW 1st St, Suite 2810 Miami, FL 33129 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| 1 Assistant County Attorney | Miami-Dade County |
| 2 Chief Inspector General | State of Florida |
| 3 Board of Directors | Georgetown University Miami Federal Credit Union |
| 4. Board of Directors | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

# III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 2001 | State of Florida (salary) | $110,000 |
| 3 2002 | State of Florida (salary) | $60,000 |

| | | |
|---|---|---|
| 2002 | Miami-Dade County (salary) | $60,000 |
| 2002 | University of Miami (teaching) | $ 2,500 |

| (see below)<br>**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting<br>Cooke, Marcia G | Date of Report<br>December 1, 2003 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| X  NONE (No such reportable reimbursements.) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X  NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities.) | | |
| Washington Mutual Bank | Mortgage on Rental Property | L |
| | | |
| | | |
| | | |
| | | |

6

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Cooke, Marcia G | Date of Report<br>December 1, 2003 |
| --- | --- | --- |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | (2)<br>Date:<br>Month - Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| Rental Property –Detroit Michigan | D | Rent | W | R | | | | | |
| Citibank (IRA) (Fidelity Advisor Technology/Janus Fund Inc/Putnam International Equity ) | E | Dividend | L | T | Sell (partial) | July 2003 | J | | Self |
| State of Florida Deferred Compensation Plan (American Funds/Wash Mutual, Dreyfus, Janus Growth) | E | Dividend | L | T | | | | | |
| Life Insurance (CNA) | E | Dividend | L | T | | | | | |
| Citibank (IRA) (Fidelity Advisor Technology/Janus Fund Inc/Putnam International Equity ) | E | Dividend | L | T | Sell (partial) | July 2002 | J | | Self |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

III (Non Investment Income)

| 2002 | National Institute of Trial Advocacy | $5,000 |
|---|---|---|
| 2003 | Miami-Dade County | $130,000 |
| 2003 | University of Miami (teaching) | $2,500 |

# IX. CERTIFICATION.

| 1 | Income/Gain Codes:<br>E=$15,001-$50,000<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: Q=Appraisal<br>(See Col C2) | R=Cost (real estate only) S=Assessment<br>U=Book value V=Other | | T=Cash/Market<br>W=Estimated | |

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 5,000 | Notes payable to banks-secured | 34,000.00 |
| U.S. Government securities-add schedule | none | Notes payable to banks-unsecured | 8,000.00 |
| Listed securities-add schedule | none | Notes payable to relatives | none |
| Unlisted securities--add schedule | none | Notes payable to others | none |
| Accounts and notes receivable: | none | Accounts and bills due | none |
| Due from relatives and friends | | Unpaid income tax | none |
| Due from others | | Other unpaid income and interest | none |
| Doubtful | | Real estate mortgages payable-add schedule | 170,000 |
| Real estate owned-add schedule (see schedule) | 335,000 | Chattel mortgages and other liens payable | 34,000 |
| Real estate mortgages receivable | none | Other debts-itemize: | |
| Autos and other personal property | 100,000. | Auto | 23,000.00 |
| Cash value-life insurance | 75,000.00 | Credit Cards | 9,000.00 |
| Other assets itemize: | | | |
| | | | |
| | | | |